WR-83,849-01

Cause No. 11-15-00139-

MOTION DISMISSED
DATE: 9-18-15
BY: P-C.

Ex parte

CURTIS TEER
applicant

This document contains some
pages that are of poor quality
at the time of imaging.

( IN THE COURT

( OF CRIMINAL APPEALS

( OF THE STATE OF TEXAS

(

## MOTION TO WITHDRAW PETITION FOR

## WRIT OF HABEAS CORPUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT OF
CRIMINAL APPEALS:

Comes Curtis Teer, applicant, who has
formerly petitioned this Court for relief in the matter
of Bond Pending Appeal in the 441st Judicial District
Court of Midland County, Texas, urging the Court
to stay any actions that it may take, and in
support of this request shows:

1. On September 2, 2015 after applicant mailed petition
to Court of Criminal Appeals, and a copy was emailed
to District Clerk, applicant received an Order from
the 441st District Court Rescinding Order Amending
Conditions of Bond and Setting Case For Hearing.

2. A Hearing was held on Friday, September 4, 2015, and
the court left Bond Conditions as originally ruled

on, pending another hearing to be held sometime during the week of 09/06/2015. Applicant's federal probation officer is to be summoned either informally or by subpoena and the issue of living accomodations is to be resolved.

Therefore, based on these premises, applicant would not vex the Court by asking for intervention where none may be needed. And applicant respectfully asks to presently withdraw suit of petition for writ of habeas corpus.

### MEMORANDUM IN SUPPORT OF MOTION

Attached to this motion is a copy of court's Order Rescinding Order Amending Conditions of Bond Pending Appeal. Please note that applicant has sent to the Court all documents that have been provided to applicant thus far.

Respectfully Submitted

*Curtis Teer*

Curtis Teer, applicant Pro se

# VERIFICATION OF UNSWORN DECLARATION

"My name is Curtis wayne Teer.

My date of birth is 07/09/1961, and my inmate Number
is # 304112.

I am presently incarcerated in Midland County
Detention, in Midland County, Texas, 79702

I declare under penalty of perjury that the foregoing is
true and correct.

Executed in Midland County, State of Texas, on
the 8th day of September, 2015

_Curtis Teer_
Declarant Pro Se "

\* _Under both federal law (28 U.S.C. §1746) and State law (Art.132.001_
_et. Seq. Tex. C.P.R.C.), inmates in Texas may use a Verification of_
_Unsworn Declaration in place of a written declaration Sworn_
_before a notary public._

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the

District Attorney of _Midland_ County, Texas, by delivery of a true copy

on the _8th_ day

of _September_ , _2015_ by mail.

_Curtis Deer_

CAUSE NO. <u>CR42737</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| VS. | § | 441ST JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| CURTIS WAYNE TEER | § | MIDLAND COUNTY, TEXAS |

## <u>ORDER RESCINDING ORDER AMENDING CONDITIONS OF BOND PENDING TRIAL AND SETTING CASE FOR HEARING</u>

IT IS ORDERED that the ORDER AMENDING CONDITIONS OF BOND PENDING TRIAL filed September 1, 2015, is <u>rescinded</u> and the STATE'S MOTION TO RECONSIDER BOND CONDITIONS WHILE CASE IS PENDING APPEAL is hereby set for hearing on **FRIDAY, SEPTEMBER 4, 2015 at 11:00 a.m.** Proceeding will be on the 9th floor, in the 441st District Courtroom of the Midland County Courthouse, 500 North Loraine, Midland, Texas.

**SIGNED** this 2nd day of September, 2015.

RODNEY W. SATTERWHITE
JUDGE PRESIDING

Xc:   Carolyn Thurmond
       Rebecca Patterson
       Curtis Wayne Teer, pro se c/o MC Jail, Rebecca Graham
       Adam Hilliard
       MCPT

**THIS SETTING IS SUBJECT TO ANY JURY TRIALS
SCHEDULED FOR THE SAME WEEK**